UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY LOPEZ,

                Plaintiff,

v.

SERGEANT J.T. DEACON;
4 JOHN DOE OFFICERS; 1 JOHN OR
JANE DOE NURSE,

                Defendants.

No. 23-CV-7327 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    Enclosed is a *Valentin* Order and two Memo Endorsements docketed in *Lopez v. Deacon*, No. 23-CV-7327. It came to the Court's attention that these documents were never mailed to the Attorney General's Office ("OAG") and that OAG likely has no knowledge of them as no one from the office has appeared in the case. That mailing issue also accounts for the urgency expressed in the Court's Memo Endorsement's about, what it believed, was a failure to respond.

    With that issue cleared up, the OAG is respectfully directed to provide the requested information to Plaintiff within thirty days of the date of this Order.

SO ORDERED.

Dated:   March 28, 2024
            White Plains, New York

                                                  KENNETH M. KARAS
                                                  United States District Judge